UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LOUIS, | No. 2:16-cv-1074-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

    Plaintiff, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 6. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

    Plaintiff asserts that he should be permitted to file documents electronically to ensure fairness in the case and to provide a "level playing field" between the parties. ECF No. 6 at 3. While plaintiff may or may not be capable of electronically filing documents in this action in a manner that complies with the rules and procedures for doing so, his request does provide sufficient information for making that determination. Nor does it indicate whether a stipulation

1

1 could be had.  Plaintiff also fails to demonstrate that he will suffer any prejudice by having to file
2 paper documents with the clerk's office.  Thus, plaintiff has not provided a sufficient basis for
3 permitting him to file electronically.

4     Accordingly, plaintiff's request to file electronically (ECF No. 6) is denied.

5 DATED: July 20, 2016.

6                             _____
7                  EDMUND F. BRENNAN
                 UNITED STATES MAGISTRATE JUDGE

2